**Order filed January 3, 2023.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00663-CV

_____

## IN THE INTEREST OF A.K.B., AND E.G.B., CHILDREN

---

**On Appeal from the 310th District Court
Harris County, Texas
Trial Court Cause No. 2017-79069**

---

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the 310th District Court informed this court that appellant had not made arrangements for payment for the reporter's record. On October 26, 2022, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. _See_ Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. _See_ Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.